**Opinion issued July 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00152-CR

————————————

**ETHAN TUTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Case No. 1761338**

---

## MEMORANDUM OPINION

Appellant, Ethan Tutson, has filed a motion to voluntarily dismiss this appeal.

The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and

no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Further, more than

ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).